349 A.2d 910

**Wyoming B. PARIS, Appellant,**

**v.**

**REST LAND MEMORIAL PARK, INC., and Lincoln Memorial Gardens, Inc.**

Supreme Court of Pennsylvania.

Jan. 29, 1976.

Louis Vaira, Pittsburgh, for appellant.

Jay Harris Feldstein, Feldstein, Bloom & Grinberg, Pittsburgh, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM.

Decree affirmed. Costs on appellant.